LAMBETH, William & Vicki 09-13213

---

THE FACE OF THIS DOCUMENT HAS A COLORED BACKGROUND ON WHITE PAPER WITH THE LOGO FADING IN THE BACKGROUND

**THE BANK OF NEW YORK MELLON**
500 Ross Street, Suite 154-0510, Pittsburgh, PA 15262

| Case | Debtor |
|---|---|
| 09-13213 B | LAMBETH, WILLIAM |
| 92001761390666 | LAMBETH, VICKI D. |
| COMBINED SMALL CHECK | |

**VOID AFTER 90 DAYS**    106
                   60-249 / 433
TID #380290
MICHAEL CHIASSON
P. O. BOX 1666
MANDEVILLE LA 70470

Date 07/22/2010    $ ***********1.70

~~~One Dollar and 70/100

Pay to the Order of U.S. Bankruptcy Court

*[signature]*
MICHAEL CHIASSON

⑆000000106⑆ ⑈043302493⑈ 92001761390666⑈

---

UNITED STATES
BANKRUPTCY COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

# 227419     - KW
**\*COPY\*\***
July 23. 2010
13:05:13

UNC.UNDER$25
09-13213

Debtor.: WILLIAM LAMBETH
Trustee: Michael Chiasson
Amount.:         $1.70 CH
Check#.: 106

Total ->   $1.70

FROM: CHIASSON

7/23/10
Deposited to Treasury
Account 106000

Due: Atlantic City Electric.

CV.

Printed: 07/22/10 08:54 AM

Page: 1

## Claims Distribution Small Checks

**Trustee:** MICHAEL CHIASSON (380290)

**Case:** 09-13213 - LAMBETH, WILLIAM

| Account No. | Check No. | Issued Claim No. | Filed | Payee: Priority | Claimant | Amount Filed | Amount Allowed | Paid to Date | Small Payment |
|---|---|---|---|---|---|---|---|---|---|
| 920017613906666 | 106 | 07/22/10 9 | 12/14/09 | U.S. Bankruptcy Court 610 | Atlantic City Electric | 147.69 | 147.69 | 1.70 | $1.70 |
| | | | | | | | Check Amount: | | 1.70 |

(*) Denotes objection to Amount Filed